AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\`\`                                    DISTRICT OF                              CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

LEOPOLDO ROCHA, JR.,
        Defendant.

**APPEARANCE**

Case Number:   08MJ8355

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    LEOPOLDO ROCHA, JR.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number        Fax Number |

## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 1, 2008 |     /s/  Joseph McMullen |
| | JOSEPH McMULLEN |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | e-mail: Joseph_McMullen@fd.org |